James A. Patten (ID No. 1191)
**PATTEN, PETERMAN, BEKKEDAHL & GREEN, P.L.L.C.**
2817 2nd Ave. North, Suite 300
P.O. Box 1239
Billings, MT 59101-1239
Telephone: (406) 252-8500
Facsimile: (406) 294-9500
Email: apatten@ppbglaw.com

Attorney for Debtors

## IN THE UNITED STATES BANKRUPTCY COURT
## IN THE DISTRICT OF MONTANA

| | |
|---|---|
| IN RE: ) | Case No. 18-60032-11 |
| ) | |
| JEFFREY W. BERGER and ) | |
| TAMI M. BERGER ) | |
| ) | |
| Debtors. ) | |

**NOTICE OF WITHDRAWAL OF FIRST INTERIM APPLICATION FOR PROFESSIONAL FEES AND COSTS FOR BRADY MARTZ & ASSOCIATES, P.C. AND NOTICE GIVING PARTIES TIME TO RESPOND**

Debtors, JEFFREY W. BERGER and TAMI M. BERGER, by and through their attorney, hereby gives notice of their withdrawal of the First Interim Application for Professional Fees and Costs for Brady Martz & Associates, P.C. [Doc. #115] and Notice Giving Parties Time to Respond [Doc. #116] filed on March 22, 2018.

Dated this 26th day of March, 2018.

                                    **PATTEN, PETERMAN, BEKKEDAHL & GREEN P.L.L.C.**
                                    2817 Second Ave. North, Suite 300
                                    Billings, MT 59101

                              By: /s/ JA Patten_____
                                  James A. Patten
                                  Attorney for Debtors

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify under penalty of perjury that on the 26th day of March, 2018, a copy of the foregoing was served by electronic means pursuant to LBR 9013-1(d)(2) on the parties noted in the Court's ECF transmission facilities and/or by mail on the following parties:

    See attached mailing matrix
    *The attached list will not be mailed
    out to creditors but will be on
    file with the United States
    Bankruptcy Court.  A copy will
    be provided upon request

/s/JA Patten
Patten, Peterman, Bekkedahl & Green PLLC