# Brady Martz - Certified Public Accountants and Consultants
## JEFFREY AND TAMI BERGER

| Transaction Date | Rate | Units | Transaction Amount | Allocated This Bill | Staff Name | Service Code | Detail |
|---|---|---|---|---|---|---|---|
| 2/12/2018 | 141 | 0.5 | $ 70.50 | $ 70.50 | Loesevitz, Michael | Staff Consultation | Conference call with Todd, Ashli and Tina regarding Berger's offer in compromise; Reviewed and revised letter to attorney inquiring about assets and liabilities of Wibaux I LLC |
| 2/15/2018 | 141 | 0.5 | $ 70.50 | $ 70.50 | Loesevitz, Michael | Staff Consultation | Listened to voicemail from IRS regarding the Berger's offer in compromise and Returned phone call to IRS regarding Berger's OIC; E-mail to Todd summarizing contact with IRS regarding Berger's offer in compromise |
| 2/13/2018 | 161 | 1.25 | $ 201.25 | $ 201.25 | Longie, Ashli | Client Communications / Meeting | Conference call with Andy, April, Tina, and Todd regarding reports needed by Trustee (0.75). Review mapping of QB files to Bankruptcy filing (0.50) |
| 2/11/2018 | 161 | 0.5 | $ 80.50 | $ 80.50 | Longie, Ashli | Correspondence | -Email from Todd regarding FS needed by Wednesday. Discussion with items needed. |
| 2/13/2018 | 161 | 0.75 | $ 120.75 | $ 120.75 | Longie, Ashli | Correspondence | E-mail from Andy regarding Wibaux 1 assets and if they are depreciated on Jeff & Tami's depreciation schedule; Reply to e-mail. E-mail from Andy regarding depreciation expense. Run 2016 depreciation reports for Wibaux 1 and Jeff & Tami; E-mail reports to Andy. |
| 2/19/2018 | 161 | 0.25 | $ 40.25 | $ 40.25 | Longie, Ashli | Correspondence | E-mail to Andy requesting the checks and loan statements so the income can be properly reported in 2017 and tie the loan balances in QB to the stmts. |
| 2/20/2018 | 161 | 0.25 | $ 40.25 | $ 40.25 | Longie, Ashli | Correspondence | Phone call with Tina regarding a report needed by trustee (due today). April will apply for a continuance. |
| 2/13/2018 | 186 | 8 | $ 1,488.00 | $ 1,488.00 | Nordquist, Tina | Accounting and Summarizing | Mapping QB files to filing |
| 2/15/2018 | 186 | 0.25 | $ 46.50 | $ 46.50 | Nordquist, Tina | Accounting and Summarizing | Filing spreadsheet update |
| 2/21/2018 | 186 | 0.5 | $ 93.00 | $ 93.00 | Nordquist, Tina | Client Communications / Meeting | Discussions with Ashli and April re: Affiliated entities reports |
| 2/22/2018 | 186 | 0.5 | $ 93.00 | $ 93.00 | Nordquist, Tina | Client Communications / Meeting | conversations with April, Ashli, Todd re: related party statements |
| 2/12/2018 | 301 | 1 | $ 301.00 | $ 301.00 | VanDusen, Todd | Accounting and Summarizing | work on initial layout of financial reporting required by filing. |
| 2/13/2018 | 301 | 1 | $ 301.00 | $ 301.00 | VanDusen, Todd | Accounting and Summarizing | review initial mapping of quickbooks files to bankruptcy filing (0.50). Discussion with client and legal counsel on same (0.50). |
| Total for Invoice | | 15.25 | $ 2,946.50 | $ 2,946.50 | | | |

| Name | Hours | Rate | Total |
|---|---|---|---|
| Michael Loesevitz | 1 | 141 | 141 |
| Ashli Longie | 3 | 161 | 483 |
| Tina Nordquist | 9.25 | 186 | 1720.5 |
| Todd VanDusen | 2 | 301 | 602 |
| Total | 15.25 | | 2946.5 |



CERTIFIED PUBLIC ACCOUNTANTS
AND CONSULTANTS

## INVOICE

WIBAUX 1 LLC
PO BOX 1104
WILLISTON, ND 58802-1104

Date: 03/09/18
Page: 1
24288-659071

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Professional services provided from week ended January 19, 2018 through March 2, 2018 as follows:

### Week ended January 26, 2018
Review and revisions associated with company's annual year end W-2's and payroll related reports, review and revisions to Q4 2017 quarterly payroll reports, and QuickBooks general ledger assistance.

| | |
|---|---|
| Kirsten Fisk - .5 hours at $109/hr. | $ 54.50 |
| Ashli Longie - 3.75 hours at $161/hr. | $603.75 |
| Total for the week | **$658.25** |

### Week ended February 2, 2018
Review and revisions associated with company's annual year end W-2's and payroll related reports, review and revisions to Q4 2017 quarterly payroll reports, and QuickBooks general ledger assistance.

| | |
|---|---|
| Mary Lauinger - 2.25 hours at $98/hr. | $220.50 |
| Kirsten Fisk - 1.0 hours at $109/hr. | $109.00 |
| Ashli Longie - .25 hours at $161/hr. | $ 40.25 |
| Total for the week | **$369.75** |

### Week ended February 16, 2018
Begin preparing QuickBooks adjustments necessary to prepare income tax basis financial statements for the year ended December 31, 2017. Services include gathering data regarding asset ownership, lender information, account reconciliations, update of fixed asset depreciation schedules and initial work on financial statements.

| | |
|---|---|
| Ashli Longie - 4 hours at $161/hr. | $644.00 |
| Total for the week | **$644.00** |

BRADY, MARTZ & ASSOCIATES, P.C.
24 West Central · P.O. Box 848
Minot, ND 58702-0848 · (701) 852-0196 · FAX (701) 852-5432
www.bradymartz.com

**Week ended February 23, 2018**
Continue preparing QuickBooks adjustments necessary to prepare modified cash basis financial statements for the year ended December 31, 2017. Services include gathering data regarding asset ownership, lender information, account reconciliations, update of fixed asset depreciation schedules and initial work on financial statements.

| | |
|---|---|
| Ashli Longie - 9 hours at $161/hr. | $1,449.00 |
| Tina Nordquist - 1 hour at $186/hr. | $ 186.00 |
| Total for the week | $1,635.00 |

**Week ended March 2, 2018**
Continue preparing QuickBooks adjustments necessary to prepare modified cash basis financial statements for the year ended December 31, 2017. Services include gathering data regarding asset ownership, lender information, account reconciliations, update of fixed asset depreciation schedules and initial work on financial statements.

| | |
|---|---|
| Ashli Longie - 25.75 hours at $161/hr. | $ 4,145.75 |
| Tina Nordquist - 22.65 hours at $186/hr. | $ 4,212.90 |
| Todd Van Dusen - 2 hours at $301/hr. | $ 602.00 |
| Total for the week | $ 8,960.65 |

**Total for this invoice**       $13,483.40

Prompt payment of your account will be appreciated. Balances more than 30 days old will be assessed a service charge of 1.5% per month for an annual percentage rate of 18%.

BRADY, MARTZ & ASSOCIATES, P.C.



CERTIFIED PUBLIC ACCOUNTANTS
AND CONSULTANTS

### INVOICE

PRO-FRAC HEATING & TRUCKING LLC
PO BOX 2758
WILLISTON, ND 58802-2758

|       |          |
|-------|----------|
| Date: | 03/09/18 |
| Page: | 1        |
|       | 24016-659073 |

*******************************************************************************

Professional services provided from week ended January 19, 2018 through March 2, 2018 as follows:

#### Week ended January 26, 2018
Review and revisions associated with company's annual year end W-2's and payroll related reports, review and revisions to Q4 2017 quarterly payroll reports, and QuickBooks general ledger assistance.

| | |
|---|---|
| Kirsten Fisk - .5 hours at $109/hr. | $ 54.50 |
| Ashli Longie - 4 hours at $161/hr. | $644.00 |
| Total for the week | **$698.50** |

#### Week ended February 2, 2018
Review and revisions associated with company's annual year end W-2's and payroll related reports, review and revisions to Q4 2017 quarterly payroll reports, and QuickBooks general ledger assistance.

| | |
|---|---|
| Mary Lauinger - .50 hours at $98/hr. | $ 49.00 |
| Renee Tribitt - .75 hours at $111/hr. | $ 83.25 |
| Ashli Longie - 1.75 hours at $161/hr. | $281.75 |
| Total for the week | **$414.00** |

#### Week ended February 16, 2018
Begin preparing QuickBooks adjustments necessary to prepare modified cash basis financial statements for the year ended December 31, 2017. Services include gathering data regarding asset ownership, lender information, account reconciliations, update of fixed asset depreciation schedules and initial work on financial statements.

| | |
|---|---|
| Ashli Longie - 5.25 hours at $161/hr. | $ 845.25 |
| Tina Nordquist - 5 hours at $186/hr. | $ 930.00 |
| Total for the week | **$1,775.25** |

BRADY, MARTZ & ASSOCIATES, P.C.
24 West Central • P.O. Box 848
Minot, ND 58702-0848 • (701) 852-0196 • Fax 701-838-6172
www.bradymartz.com

**Week ended March 2, 2018**
Continue preparing QuickBooks adjustments necessary to prepare income tax basis financial statements for the year ended December 31, 2017. Services include gathering data regarding asset ownership, lender information, account reconciliations, update of fixed asset depreciation schedules and initial work on financial statements.

| | |
|---|---|
| Ashli Longie - 2.5 hours at $161/hr. | $402.50 |
| Tina Nordquist - 1.5 hours at $186/hr. | $279.00 |

Determine third party reporting requirements for 2018.

| | |
|---|---|
| Todd Van Dusen - .5 hours at $301/hr. | $150.50 |
| Total for the week | $832.00 |

**Total for this invoice**                                        $2,504.00

Prompt payment of your account will be appreciated. Balances more than 30 days old will be assessed a service charge of 1.5% per month for an annual percentage rate of 18%.

BRADY, MARTZ & ASSOCIATES, P.C